# JUDGE SWAIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- x

LUXO AS,

                 Plaintiff,

      -against-

THE WALT DISNEY COMPANY, PIXAR
ANIMATION STUDIOS, JOHN DOES, JANE
DOES and XYZ COMPANIES

            Defendants.

-------------------------------------------------- x

**'09 CIV 7689**

Case No.

**COMPLAINT**



RECEIVED
SEP 03 2009
U.S.D.C. S.D.N.Y.
CASHIERS

## Jurisdiction and Venue

1.     This is a complaint for trademark infringement, trademark counterfeiting and trademark dilution under the Lanham Trademark Act of 1946, 15 U.S.C. § 1114, et seq., as amended, (hereinafter the "Lanham Act"), and to which is appended claims for trademark dilution and unfair competition under the laws of the State of New York.

2.     This Court has original jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a), 15 U.S.C. §§ 1114, 1116, 1121, 1125, 1126 and the principles of pendent jurisdiction. The matter in controversy exceeds, exclusive of interest and costs, the sum of seventy five thousand dollars ($75,000.00).

3.     Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(a) and (b).

## The Parties

4.     Plaintiff, Luxo AS, is a corporation organized and existing under the laws of Norway having its principal place of business at Drammensveien 175, N-0277 Oslo, Norway and successor of, by change of name of Luxo ASA (hereinafter "Plaintiff" or "Luxo").

1128660.1

Dockets.Justia.com

5.     (a)     Upon information and belief, Defendant, The Walt Disney Company, is a Delaware corporation having a principal place of business at 500 Buena Vista Boulevard, Burbank, CA 91521 and does and/or transacts business in this District (hereinafter "Disney").

(b)     Upon information and belief, Defendant, Pixar Animation Studios, is an entity, the exact nature of which is unknown, but believed to be a wholly-owned subsidiary of Defendant Disney, having a principal place of business at 1200 Park Avenue, Emeryville, CA 94608 and does and/or transacts business in this District (hereinafter "Pixar").

(c)     Upon information and belief, Defendants VARIOUS JOHN DOES and JANE DOES are residents of or transact and/or do business in this District, and are actively and regularly engaged in the manufacture and/or sale of the products complained of herein. The identities of Defendants VARIOUS JOHN DOES and JANE DOES are presently not known to Plaintiff and Plaintiff will amend this Complaint to include the name or names of said individuals if and when they permit themselves to be identified (hereinafter "John Does and Jane Does").

(d)     Upon information and belief, Defendants XYZ COMPANIES, through their agents, servants and employees, do business in, or transact business in, and have been present in this District and are here actively and regularly engaged in the manufacture and/or sale of the products complained of herein. The true identities of Defendants XYZ COMPANIES are not presently known to Plaintiff and Plaintiff will amend this Complaint to include the name or names of the same if and when they permit themselves to be identified (hereinafter "XYZ Companies").

Defendants Disney, Pixar, John Does, Jane Does and XYZ Companies are hereinafter sometimes referred jointly as "Disney/Pixar" or "Defendants."

2

## Facts Applicable to All Causes of Action

6.    Plaintiff Luxo is a manufacturer and distributor of high-quality lighting products, including desk lamp products, under its trade name and trademark "LUXO."

7.    Luxo has enjoyed extraordinary success designing, developing and manufacturing its lighting products including desk lamps, and has sold the same in the U.S. since 1939. Luxo has spent millions of dollars in developing and designing its distinctive, high-quality lighting products which are manufactured under Luxo's strict quality controls.

8.    Since its inception, Luxo has sold millions of its LUXO® lighting products worldwide, and over 25 million of its LUXO L-1, and its later version, the LUXO LS desk lamp in particular, which lamps have been awarded numerous design awards and is in the permanent collection of *The Museum of Modern Art.*

9.    Plaintiff's LUXO LS lamps are distinctively designed and consists of a structure which has a dome shaped head, a base, and a body consisting of two perpendicular posts, which are joined at the center, and sold most popularly in the color gray. (The overall product design of the LUXO LS lamp is referred to herein as the "Luxo Trade Dress.") A photograph of the Plaintiff's LUXO LS lamp is attached hereto as **Exhibit A.**

10.    Luxo is the owner of the entire right, title and interest in and to the trade name LUXO, common law trademark LUXO and is the owner of valid and incontestable trademark registrations for the same in the United States Patent and Trademark Office, namely Registration Nos. 778106 and 1314484 (hereinafter sometimes combined as "Luxo Mark"). Photocopies of Plaintiff's trademark registrations are attached hereto as **Exhibit B.**

11.    Plaintiff's Luxo Mark, the Luxo Trade Dress and the goodwill of the business associated therewith in the United States and indeed worldwide are of great and incalculable

3

value, and have become associated in the public mind with the products of very highest quality and reputation finding their source in Plaintiff.

12. Notwithstanding the prior use and fame of Plaintiff's LUXO trademark and products, Plaintiff has learned Defendants' are now advertising for sale and/or selling and distributing in the U.S. and elsewhere a lamp product namely the "Limited Edition Luxo Jr. Lamp Collectible Pack" which comprises a DVD of a Disney/Pixar film and includes a small actual lamp bearing "Luxo Jr." on its base, which lamp itself simulates the Luxo Trade Dress (hereinafter "Defendants' Lamp Product"). A copy of a page from Amazon.com showing availability of Defendants' Lamp Product is annexed as **Exhibit C**.

13. By way of background, and upon information and belief, in 1986 Defendant Pixar produced a two-minute silent short film wherein in the story line, two animated lamps come to (fictional) life and play with a ball. In fact, Defendant Pixar's founder, John Lasseter, has long touted that he was inspired to create his animation by the [Luxo] lamp on his desk and hence, the animated lamp became part of Pixar's logo. See, **Exhibit D**.

14. However, Defendant Pixar's logo made no express reference to the name "Luxo," and heretofore, other than Plaintiff's lamps, there existed no actual lamps which used the LUXO trademark.

15. Now, in addition to the Defendants' Lamp Products bearing Plaintiff's LUXO Mark, Defendants have debuted on August 23, 2009 a new animatronic attraction at its Walt Disney World Amusement Park, calling such attraction "Luxo Jr." This attraction consists of a 6-foot animatronic version of a LUXO lamp and is listed among Defendants' other attractions, along with such Disney classics as *Muppet Vision*, *It's A Small World* and *Pirates of the Caribbean* (hereinafter "Luxo Jr. Attraction"). See, **Exhibit E**.

4

16. Defendant Pixar, and upon information and belief, Defendant Disney, were aware of Plaintiff's LUXO products, the Luxo Mark and Luxo Trade Dress when it chose to use the name "Luxo Jr." and to market and sell its real-life "Luxo Jr." lamp products and create the Luxo Jr. Attraction, all with no compensation to Plaintiff and without its consent.

17. Defendants' increasing commercial exploitation of Plaintiff's Mark LUXO, indeed its near complete expropriation of it, will have the effect of causing consumers to believe that Plaintiff is the infringer – or that it is the licensee of Defendants.

18. Alternatively, the expropriation of the "Luxo" (or "Luxo Jr.") mark by Defendants especially in combination with use of trade dress which is so visually similar to Luxo's Trade Dress of its genuine products renders the sale and marketing of Defendants' Lamp Product likely to cause confusion and deceive the public into purchasing the Defendants' Lamp Product believing it is the product of or associated with Luxo.

19. Upon information and belief, the Defendants' Lamp Products which are manufactured by an unknown entity are inferior in quality to products sold by Luxo under Luxo's authority and therefore the sale thereof will cause devastating damage to Luxo and dilute the goodwill which Luxo has built-up in connection with the sale of its legitimate, high-quality lamp products.

20. The unlawful activities of Defendants result in immediate and irreparable harm and injury to Luxo. Among other harms, these activities: deprive Luxo of its absolute right to determine the manner in which its image is presented to the general public; deceive the public as to the origin and sponsorship of Defendants' Lamp Products; and wrongfully trades upon Luxo's reputation and exclusive rights in its Luxo Mark and the Luxo Trade Dress.

1128660.1

## Count I

## Federal Trademark Counterfeiting

21.    Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 20 of this complaint as if fully set forth herein.

22.    Upon information and belief, notwithstanding knowledge of Plaintiff's well-known and prior rights in the Luxo Mark, Defendants have manufactured, advertised, offered for sale and/or sold lamps bearing the spurious copy of Plaintiff's Mark, in or affecting interstate commerce.

23.    Defendants' use of copies or simulations of Plaintiff's Mark is likely to cause and/or is causing confusion, mistake and deception among the public as to the origin of Defendants' Lamp Products.

24.    Defendants' aforesaid actions constitute trademark counterfeiting in violation of Section 32 of the Lanham Act, 15 U.S.C. §1114.

25.    Plaintiff has no adequate remedy at law.

## Count II

## Federal Trademark Infringement

26.    Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 25 of this complaint as if fully set forth herein.

27.    Defendants' use of one or more of Plaintiff's registered LUXO Marks is likely to cause and/or is causing confusion, mistake and deception among the general purchasing public as to the origin of Defendants' Lamp Product and its Luxo Jr. Attraction, and is likely to deceive the public into believing that such originate from or are associated with or is otherwise

6

authorized by Plaintiff, or conversely that Plaintiff's genuine products are the products of Defendants.

28. Upon information and belief, Defendants' activities described herein are with knowledge of Plaintiff and of its prior rights in an to its trademarks.

29. Defendants' aforesaid actions constitute trademark infringement in violation of Section 32 of the Lanham Act, 15 U.S.C. §1114.

30. Defendants' activities if not enjoined, will continue and Plaintiff to suffer irreparable harm and injury to its goodwill and reputation. Plaintiff has no adequate remedy at law.

## Count III

## Federal Trademark Infringement Under 43(a)

31. Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 30 of this Complaint as if fully set forth herein.

32. By adopting the name "Luxo" especially with regard to products and services which bear simulations of Plaintiff's Trade Dress, Defendants misrepresent and falsely describe to the public the origin and source of Defendants' Lamp Products and the Luxo Jr. Attraction create a likelihood of confusion as to both the source and sponsorship.

33. Defendants' acts violate § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a) and cause and will continue to cause Luxo irreparable injury unless restrained by this Court. Luxo has no adequate remedy at law.

7

## Count IV

## Trademark Dilution

34.     Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 33 of this Complaint as if fully set forth herein.

35.     Plaintiff's Mark LUXO is famous and distinctive and has enjoyed such fame and distinction long before the time Defendants' commenced its use of "Luxo".

36.     The actions of Defendants cause injury to the business reputation of Plaintiffs and of the dilution of the distinctive quality of Plaintiff's Mark in violation of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125 (c).

37.     Plaintiff has no adequate remedy at law. The conduct of Defendants described above has caused and, if not enjoined, will continue to cause, irreparable harm to the rights of Plaintiff in Plaintiff's Mark and the business, reputation and goodwill of Plaintiff.

## Count V

## Unfair Competition Under New York Law

38.     Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 37 of this Complaint as if fully set forth herein.

39.     Defendants' use of the name "Luxo" and the Luxo Trade Dress is likely to and does permit Defendants to palm off its goods and services as those of Luxo, all to the detriment of Luxo and the unjust enrichment of Defendants.

40.     Defendants' acts permit and accomplish confusion, mislead and deceive the public as to the source of Defendants' goods and services, permit and accomplish palming off of Defendants' goods as Luxo's, and falsely suggest a connection with Luxo, thus constituting unfair competition with Luxo in violation of New York law. These acts have caused and will

8

continue to cause Luxo irreparable harm unless enjoined by this Court. Luxo has no adequate remedy at law.

**Count VI**

**Dilution Under New York Law**

41.    Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 40 of this Complaint as if fully set forth herein.

42.    Defendants' use of "Luxo" (or "Luxo Jr.") dilutes and tarnishes the distinctive quality of Plaintiff's Mark LUXO.

43.    Defendants' unlawful conduct is in violation of the New York State Anti-Dilution Statute, Section 360-1 of the New York General Business Law and will damage Plaintiff unless enjoined by this Court. Plaintiff has no adequate remedy at law.

**WHEREFORE**, Plaintiff respectfully prays that this Court grant the following relief as to each of the above causes of action:

a.    Order that all Defendants' Lamp Products and any other product or service bearing signs, wrappings, catalogs, decals or other goods or service printed matter bearing Plaintiff's Mark LUXO or colorable imitations of same and all machinery, plates, molds, matrices or other material for producing, printing or distributing such items in the possession or control of Defendants be delivered up for destruction or other disposition at Plaintiff's sole discretion, and Defendants be ordered to notify its customers that the products sold by Defendants are in no way connected with Plaintiff; and

b.    Issue a preliminary injunction and thereafter permanent injunction prohibiting Defendants from manufacturing, exporting, importing, distributing, offering for sale or selling Defendants' Lamp Products and any other product or service using Plaintiff's Mark LUXO or

9

colorable imitations of same and ordering that such products in Defendants' possession or control be delivered up to Plaintiff for destruction or other disposition at Plaintiff's sole discretion;

    c.    Grant Plaintiff an equitable accounting of Defendants' profits and award Plaintiff judgment for its damages or Defendants' profits, whichever are greater, arising from Defendants' trademark counterfeiting, trademark infringement, false designation of origin, unfair competition and trademark dilution, such damages to be trebled pursuant to 15 U.S.C. §1117 by reason of the willfulness of Defendants' acts; and

    d.    That the Court award Plaintiff their reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a); and

    e.    That the Court award Plaintiff its costs of suit incurred herein; and

    f.    For such other and further relief as this Court deems just and proper.

Dated:  New York, New York
         September 3, 2009

                    Respectfully submitted,
                    COWAN, LIEBOWITZ & LATMAN, P.C.

By: _____
                  Arlana S. Cohen
                  William M. Borchard
                  1133 Avenue of the Americas
                  New York, New York 10036
                  212-790-9200
                  Attorneys for Plaintiff

1128660.1

Exhibit A





Exhibit B



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Sep 3 04:01:54 EDT 2009*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [          ] OR Jump | to record: [          ] **Record 8 out of 9**

TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | LUXO |
| **Goods and Services** | IC 011. US 021. G & S: Electric Lighting Fixtures and Electric Lamps Mounted on Fixed Brackets, Movable Bases and Stands, Including Electric Lamps Supported Spring-Arm Assemblies and Components Thereof. FIRST USE: 19720829. FIRST USE IN COMMERCE: 19720906 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.03.17 - Concentric ovals; Concentric ovals and ovals within ovals; Ovals within ovals; Ovals, concentric<br>26.03.21 - Ovals that are completely or partially shaded |
| **Serial Number** | 73449167 |
| **Filing Date** | October 21, 1983 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 6, 1984 |
| **Registration Number** | 1314484 |
| **Registration Date** | January 15, 1985 |
| **Owner** | (REGISTRANT) Jac Jacobsen A/S CORPORATION NORWAY Enebakkveien 117 Oslo 6 NORWAY |

(LAST LISTED OWNER) **LUXO ASA** CORPORATION NORWAY ENEBAKKVEIEN 117 OSLO NORWAY 00612

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Pasquale A. Razzano |
| **Prior Registrations** | 0778106;0778107 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20050216. |
| **Renewal** | 1ST RENEWAL 20050216 |
| **Live/Dead Indicator** | LIVE |





**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Sep 3 04:01:54 EDT 2009*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [_____] OR Jump | to record: [_____] **Record 9 out of 9**

---

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | LUXO |
| **Goods and Services** | IC 009. US 021. G & S: PORTABLE ELECTRIC LAMPS OF THE TYPE WHEREIN A LIGHT-EMITTING UNIT AND A SHADE THEREON ARE MOVABLY SUPPORTED BY AN ADJUSTABLE STAND FROM A FIXED OR MOVABLE BRACKET OR FROM A WEIGHTED BASE RESTING UPON A SURFACE. FIRST USE: 19380000. FIRST USE IN COMMERCE: 19390000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 72185141 |
| **Filing Date** | January 22, 1964 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0778106 |
| **Registration Date** | October 6, 1964 |
| **Owner** | (REGISTRANT) JAC. JACOBSEN A/S CORPORATION NORWAY ENEBAKKVEIEN 117 OSLO NORWAY |
| | (LAST LISTED OWNER) **LUXO ASA** CORPORATION NORWAY ENEBAKKVEIEN 117 0612 OSLO NORWAY |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | PASQUALE A. RAZZANO |
| **Prior Registrations** | 0605706 |
| **Type of Mark** | TRADEMARK |

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECTION 8(10-YR) 20041116. |
| **Renewal** | 2ND RENEWAL 20041116 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

RECYCLED

Exhibit C



**amazon**.com    Hello. Sign in to get personalized recommendations. New customer? Start here.

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards

**Shop All Departments** ☑    Search  Movies & TV  ▼    GO

Movies & TV    Advanced Search    Browse Genres    New Releases    Bestsellers    DVD & Blu-Ray Deals    TV Sh



⊕ **ZOOM**
See larger image and other views (with zoom)



## Up - Limited Edition Luxo Jr. Collectible Lamp Pack [Blu-ray]

**Starring:** Edward Asner, Jordan Nagai **Rating:** PG **Format:** ◁

★★★★★ ☑ (1 customer review)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

List Price: ~~$199.99~~

Price: **$120.99** & this item ships for **FREE with Super Saver Shipping**. Details

You Save: $79.00 (40%)

Pre-order Price Guarantee. Learn more.

**This title will be released on November 10, 2009.**
Pre-order now!
Ships from and sold by **Amazon.com**. Gift-wrap available.

amazon video **Amazon Video On Demand Special Offer**
Purchase any DVD or Blu-ray and receive $5 towards select TV shows at Amazon Video On Demand. Here's how (restrictions apply).

› See more product promotions

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Special Offers and Product Promotions

http://www.amazon.com/Up-Limited-Luxo-Collectible-Blu-ray/dp/B002LE6XR2/ref=sr_1_3?ie=UTF8&s=dvd&qid=1252000607

Live Search

File   Edit   View

Amazon.com Up - Limited Edition Luxo Jr. Collectible Lamp Pack [Blu-ray] Edward Asner, Jordan - Microsoft In

http://www.amazon.com/gp/product/images/B002LE6XR2/sr=8-3/qid=1252000607/ref=dp_image_z_0?ie=UTF8&n=130&s=dvd&qid=12

amazon.com

Up - Limited Edition Luxo Jr. Collectible Lamp Pack [Blu-ray]

Close window



Click anywhere on the image to zoom. Click and drag the image to pan.

Zoom +  |  Zoom –  |  Reset

Other Views - Click on image to change view.

amazon

Shop All Dep

Movies & TV

See larger ima

Special Off

Done                                          Internet                    100%

pping on college essentials
Sponsored by Canon Printers

Your Account    Help

Cart          Wish List

Blu-Ray    Video On Demand

Quantity: 1

Pre-order: Add to Cart

or

Sign in to turn on 1-Click
ordering.

or

Pre-order with
FREE Two-Day Shipping

Amazon Prime Free Trial
required. Sign up when you
check out. Learn More

Add to Wish List

Share with Friends

Internet              100%

Start   Inbox - Microsoft Outlook    Untitled - Message (HTML)    Amazon.com: Up - Limite...    Amazon.com: Up - Li...    2:32 PM



Exhibit D

http://www.pixar.com/shorts/ljr/behind.html

File  Edit  View  Favorites  Tools  Help

Page ▾  Tools ▾

# PIXAR

HOME    FEATURE FILMS    **SHORT FILMS**    THE THEATER    HOW WE DO IT    ARTIST'S CORNER    RENDERMAN    COMPANY INFO



+  BEHIND THE SCENES  +

When John Lasseter was learning how to make models, he chose the nearest, easiest subject: an architect's lamp sitting on his desk. He started moving it around in the animation system like it was alive and it eventually became another short film by Pixar that was nominated for an Academy Award®.

TM & © 1986- 2009 Pixar. All Rights Reserved.

RECYCLED

Exhibit E







Select the name of the attraction you would like to watch below.

- **Attractions**

  ○ Animal Kingdom
    - Dinosaur
    - Expedition Everest
    - Festival of the Lion King
    - Flights of Wonder
    - Its Tough To Be A Bug
    - Kali River Rapids
    - Kilimanjaro Safaris
    - Nemo The Musical
    - Pangani Exploration Trail
    - Pocahontas & Friends
    - Welcome
  ○ Epcot
    - American Adventure
    - Canada Pavilion
    - Germany Pavilion
    - Illuminations
    - Journey Into Imagination
    - Living With The Land
    - Maelstrom
    - Misson SPACE
    - Remy Animatronic
    - Seas With Nemo & Friends
    - Soarin
    - Spaceship Earth
    - Test Track
    - Turtle Talk
    - Universe of Energy
  ○ Hollywood Studios
    - Beauty & The Beast
    - Block Party Bash
    - Fantasmic!
    - Indiana Jones Spectacular
    - Lights Motors Action
    - Luxo Jr Animatronic
    - Muppet Vision 3D
    - Rock N Roller Coaster