**JUDGE SWAIN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**'09 CIV 7689**

------------------------------------------------------------------ x

LUXO AS,

      Plaintiff,

  -against-

THE WALT DISNEY COMPANY, PIXAR
ANIMATION STUDIOS, JOHN DOES, JANE
DOES and XYZ COMPANIES

      Defendants.

------------------------------------------------------------------ x

Case No.

**RULE STATEMENT**



RECEIVED SEP 03 2009 S.D.N.Y. CASHIERS

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for Plaintiff, Luxo AS, certify that Plaintiff, is not publicly held and has no parent corporation that is publicly held or that owns 10% or more of its stock.

Dated: New York, New York
    September ___, 2009

              Respectfully submitted,
              COWAN, LIEBOWITZ & LATMAN, P.C.

            By: _____
              Arlana S. Cohen
              William M. Borchard
              1133 Avenue of the Americas
              New York, New York 10036
              212-790-9200
              Attorneys for Plaintiff

1129386.1