UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

LUXO AS,

                Plaintiff,

-against-

THE WALT DISNEY COMPANY, PIXAR
ANIMATION STUDIOS, JOHN DOES, JANE
DOES and XYZ COMPANIES

                Defendants.

-------------------------------------------------------------------- x

Case No. 09 Civ 7689 (LTS)

**<u>NOTICE OF DISMISSAL</u>**

      Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff hereby dismisses this action with prejudice and without costs or disbursements to any party.

Dated:  New York, New York
          November 2, 2009

                                      Respectfully submitted,

                                      COWAN, LIEBOWITZ & LATMAN, P.C.

                                      By: _____
                                          Arlana S. Cohen
                                          William M. Borchard
                                 1133 Avenue of the Americas
                                 New York, New York 10036
                                 212-790-9200
                                 Attorneys for Plaintiff